# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY MONTOYA, | NO. ED CV 08-1225 RSWL (FMO) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: May 20, 2009.

/ s /
HONORABLE RONALD S.W. LEW
SENIOR UNITED STATES DISTRICT JUDGE